# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC SIGNATURE, LLC, a Delaware Corporation; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No.: 2:22-cv-06628-SSS-KKx<br>*Assigned to Hon. Sunshine S. Sykes*<br><br>**ORDER CONSOLIDATING RELATED ACTIONS**<br><br>**NOTE CHANGES MADE BY COURT** |
| ALEX ROJAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware Corporation,<br><br>Defendants. | *Case No. 2:23-cv-02652-SSS-KKx*<br><br>Complaint Filed: March 9, 2022 |

The Court, having reviewed and considered the Parties' Stipulation Consolidating Related Cases, and good cause appearing therefor:

HEREBY ORDERS that:

1. The Rojas Action and the Mann Action shall be consolidated for all purposes (the "Consolidated Action");

2. Every pleading filed in the Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| WILLIAM MANN, ALEX ROJAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC SIGNATURE, LLC, a Delaware Corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware Corporation; JAMES M. KAPENSTEIN, an individual,<br><br>Defendants. | Case No.: 2:22-cv-06628-SSS-KKx<br>*Assigned to Hon. Sunshine S. Sykes*<br><br>(Consolidated with Case No. 2:23-cv-02652-SSS-KKx) |

3. The low number Mann Action (No: 2:22-cv-06628-SSS-KKx) shall be the lead case in the Consolidated Action and all prior pleadings, papers and orders in the Rojas Action (2:23-cv-02652-SSS-KKx) shall be maintained in No: 2:22-cv-06628-SSS-KKx. No further filings shall be made or accepted in the Rojas Action (2:23-cv-02652-SSS-KKx).

4. The Clerk of Court is **DIRECTED** to **CLOSE** the later-filed case, Rojas Action (2:23-cv-02652-SSS-KKx).

DATED: October 13, 2023

_____
Honorable Sunshine S. Sykes
United States District Court Judge